

**Second Circuit Court - THE JUDICIARY - STATE OF HAWAI'I**
HOAPILI HALE - 2145 MAIN STREET, SUITE 106, WAILUKU, MAU'I, HAWAI'I  96793-1679
Telephone (808)244-2969   Fax (808)244-2932

ORIGINAL

Sandy S. Kozaki
CHIEF COURT ADMINISTRATOR

Marsha T. Yamada
DEPUTY CHIEF COURT ADMINISTRATOR
Ernest K. DeLima
DEPUTY CHIEF COURT ADMINISTRATOR

CC: Fron

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 28 2023

at 12 o'clock and 30 min. P M
Lucy H. Carrillo, Clerk

November 21, 2023

U.S. District Court of Hawai'i
300 Ala Moana Blvd., Rm C338
Honolulu, HI 96850

2nd Circuit Court – Civil No. 2CCV-23-0000224

RE:   2CCV-23-0000224 NOVA BURNS, ET AL VS HAWAIIAN ELECTRIC CO. ET AL

Dear Clerk of the Court,

Pursuant to the *Notice of Removal of Action* filed electronically on November 06, 2023 in the Circuit Court of the Second Circuit, the following original documents on file *are hereby forwarded* to the United States District Court for further proceedings.

Sincerely,

L. Texeira, Judicial Clerk IV
Legal Documents Branch Unit #2

CV23 00452 LEK  RT

E. DeLima, Deputy Chief Administrator
Second Circuit Court, State of Hawaii

Received by:

9589 0710 5270 1463 9059 91
US Postal Service

Deputy Clerk, United States
District Court, District of Hawaii

NOV 28 2023
Date of Receipt